# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4460
_____

BARRY RANDOLPH,

Appellant,

v.

JAMES REBARCHAK,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

March 25, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Barry Randolph, pro se, Appellant.

Joseph D. Steadman, Miami, for Appellee.